**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GENERAL MOTORS LLC AND GM GLOBAL TECHNOLOGY OPERATIONS LLC, | ) ) ) ) | Case No. 1:26-cv-1223 |
| *Plaintiff,* | ) ) | **Judge Jorge L. Alonso** |
| v. | ) ) | **Magistrate Judge Daniel P. McLaughlin** |
| BEST VALUE AUTO BODY SUPPLY and JIANGSU SRUMTO AUTO PARTS CO., LTD., | ) ) ) ) | |
| *Defendants.* | ) ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Thursday, March 5, 2026, at 9:30 a.m. or as soon as counsel may be heard, we shall appear before the Honorable Judge Jorge L. Alonso, or any judge sitting in his stead, in Courtroom 1903 at 219 South Dearborn Street, Chicago, Illinois, and shall then and present the undersigned **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**.

Dated: February 27, 2026

by: */s/ Louis J. Alex*
Louis J. Alex (IL 6274458)
lalex@cookalex.com
COOK ALEX LTD.
200 West Adams Street, Suite 2004
Chicago, Illinois 60606
Ph: (312) 236-8500
Fax: (312) 236-8176

*COUNSEL FOR DEFENDANT BEST
VALUE AUTO BODY SUPPLY*

## CERTIFICATE OF SERVICE

The undesigned hereby certifies that a true and correct copy of the above and foregoing document has been on February 27, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

by: */s/ Louis J. Alex*
Louis J. Alex (IL 6274458)
lalex@cookalex.com
COOK ALEX LTD.
200 West Adams Street, Suite 2004
Chicago, Illinois 60606
Ph: (312) 236-8500
Fax: (312) 236-8176

*COUNSEL FOR DEFENDANT BEST VALUE AUTO BODY SUPPLY*

- 2 -