**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GENERAL MOTORS LLC AND GM GLOBAL TECHNOLOGY OPERATIONS LLC, | ) ) ) ) | Case No. 1:26-cv-1223 |
| *Plaintiff,* | ) ) | **Judge Jorge L. Alonso** |
| v. | ) ) | **Magistrate Judge Daniel P. McLaughlin** |
| BEST VALUE AUTO BODY SUPPLY and JIANGSU SRUMTO AUTO PARTS CO., LTD., | ) ) ) ) | |
| *Defendants.* | ) ) | |

**<u>NOTIFICATION OF AFFILIATES</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Best

Value Autobody Supply, Inc. is a privately held Illinois corporation, the only affiliate of which is

Mohammad A. Anjum, who owns, directly or indirectly, 5% or more of Defendant.


Dated: March 2, 2026          by:  */s/ Louis J. Alex*
                                   Louis J. Alex (IL 6274458)
                                   lalex@cookalex.com
                                   COOK ALEX LTD.
                                   200 West Adams Street, Suite 2004
                                   Chicago, Illinois 60606
                                   Ph: (312) 236-8500
                                   Fax: (312) 236-8176

                                   *COUNSEL FOR DEFENDANT BEST*
                                   *VALUE AUTO BODY SUPPLY*

## CERTIFICATE OF SERVICE

The undesigned hereby certifies that a true and correct copy of the above and foregoing document has been on March 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

by: */s/ Louis J. Alex*
Louis J. Alex (IL 6274458)
lalex@cookalex.com
COOK ALEX LTD.
200 West Adams Street, Suite 2004
Chicago, Illinois 60606
Ph: (312) 236-8500
Fax: (312) 236-8176

*COUNSEL FOR DEFENDANT BEST VALUE AUTO BODY SUPPLY*

- 2 -